IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES RUBEN WYNN,

    Plaintiff,

  v.

Case No. 18-cv-333-jdp

MICHAEL DITTMANN, LUCAS WEBER, LINDSAY WALKER, MAUREEN WHITE, DANIEL NORGE, DANIEL FRISCH, LUCAS WOGERNESE, KENNETH CORNELIUS, THOMAS MAIER, DUSTIN ROHWER, DANIEL FIELDS, AND DANIEL DREGER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |